IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sherley, Randal M | Case Number: 07 B 18471 |
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 10/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 5, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,320.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,248.72 |
| Trustee Fee: | | 71.28 |
| Other Funds: | | 0.00 |
| Totals: | 1,320.00 | 1,320.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Associates | Administrative | 3,200.00 | 1,248.72 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | BMW Financial Services | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 4,596.16 | 0.00 |
| 5. | Citi Residential Lending Inc | Secured | 28,587.81 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 250.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 18.45 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 2,185.09 | 0.00 |
| 9. | Schottler & Associates | Priority | | No Claim Filed |
| 10. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Comcast Digital Phone | Unsecured | | No Claim Filed |
| 13. | ADT Security Systems | Unsecured | | No Claim Filed |
| 14. | Sudhir M Gokhale MD | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 17. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 18. | Encore | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,837.51 | $ 1,248.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 71.28 |
| | _____ |
| | $ 71.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sherley, Randal M

Printed: 6/17/08

Case Number: 07 B 18471
Judge: Hollis, Pamela S
Filed: 10/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

[signature]